UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:24-cr-00655 |
| | ) | |
| | ) | |
| EUROBULK LTD. | ) | |

## ORDER ON WHISTLEBLOWER AWARD

THIS CAUSE came before the Court on the Government's Unopposed Motion for Whistleblower Award. After reviewing the motion, the Court finds good cause in its discretion to GRANT the Motion. The Court hereby ORDERS that an award of $281,250.00 (USD) be paid to Danut Vasile Visinoae from the fine proceeds in this case. It is further ORDERED that the Government provide to the Clerk of Court the banking information required to complete the payment to Danut Vasile Visinoae via electronic means.

The Clerk of the Court is ordered to provide a copy to the finance department.

So ordered this the 12th day of February, 2025.

NELVA GONZALES RAMOS
United States District Judge

FINANCIAL DEPUTY
OFFICE OF THE CLERK OF COURT
Kathy Nguyen
2/11/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS